# IN THE UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **WILLIAM EVANS, Inmate #B-08677,** | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| vs. | )   CIVIL NO. 06-055-WDS |
| | ) |
| **ILLINOIS DEPARTMENT OF CORRECTIONS and LAWRENCE CORRECTIONAL CENTER,** | ) ) ) |
| | ) |
| Respondents. | ) |

## **JUDGMENT**

This action came before the Court for preliminary consideration of Petitioner's application for writ of habeas corpus. The Court has rendered the following decision:

**IT IS ORDERED AND ADJUDGED** that the petition for writ of habeas corpus is summarily dismissed without prejudice. Judgment is entered in favor of Respondent and against Petitioner. Petitioner is to take nothing from this action.

February 8, 2006                          By:    **s/ WILLIAM D. STIEHL**
*Date*                                                    *District Judge*